# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                     **CRIMINAL ACTION NO.: 3:15-CR-20-26 (GROH)**

**MEGAN SAYLOR,**

    Defendant.

## ORDER DENYING DEFENDANT'S MOTION TO MODIFY SENTENCE

Now before the Court is a letter [ECF No. 1764] drafted by the *pro se* Defendant. The Court construes the letter as a motion to modify the Defendant's sentence of incarceration. On January 11, 2016, this Court sentenced the Defendant to two ten-month terms of incarceration, ordered to run concurrently with each other, for a total term of ten months' incarceration. In the instant motion, the Defendant moves the Court to modify her sentence by ordering that the Defendant serve a five-month term of incarceration followed by a five-month term of home confinement.

A district court may not modify a term of imprisonment once it has been imposed, except under certain limited circumstances. See 18 U.S.C. § 3582(c). Exceptions include modifications upon motion of the Director of the Bureau of Prisons, modifications expressly permitted by statute or Rule 35 of the Federal Rules of Criminal Procedure, and reductions based on sentencing ranges that have been subsequently lowered by the United States Sentencing Commission pursuant to 28 U.S.C. § 944(o).

Here, the Court finds no basis for modifying the Defendant's sentence. Accordingly,

the Court **ORDERS** that the Defendant's motion [ECF No. 1764] is **DENIED**.

The Clerk is **DIRECTED** to transmit copies of this Order to all counsel of record herein and to the *pro se* Defendant at her last known address.

**DATED:** March 23, 2016

_____
GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE